IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANICE VINSON MATTHEWS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1825 |
| | § | |
| PATRICK R. DONAHOE, Postmaster General, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The plaintiff, Janice Vinson Matthew, and the defendant, the United States Postmaster General, both seek additional time for different steps needed to prepare for the Initial Pretrial Conference now set for September 16, 2014. The plaintiff has asked for time to respond to the proposed Joint Discovery/Case Management Plan. (Docket Entry No. 9). The defendant has asked to postpone the Initial Pretrial Conference until after October 17, when the answer is due. Both requests are reasonable and can both be accommodated by resetting the Initial Pretrial Conference. The Conference is rescheduled from September 26 to **October 24, 2014**, at 8:30 a.m. The plaintiff may respond to the proposed Plan no later than **October 17, 2014**. The parties are directed to arrange a mutually convenient date and time to confer on the Plan. This order grants both Docket Entries No. 9 and 11.

SIGNED on September 18, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge