# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JANICE VINSON MATTHEWS, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-14-1825 |
| PATRICK R. DONAHOE, Postmaster General, | § | |
| Defendant. | § | |

**ORDER**

The plaintiff's Motion to Object to Defendant's Answer and Request to Apply Default Judgment, (Docket Entry No. 27), is denied. The plaintiff has not shown that the denials in the defendant's answer do not "fairly respond to the substance of the allegation[s]" in her complaint, Fed. R. Civ. P. 8(b)(2), or a right to the requested relief.

SIGNED on November 18, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge