IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANICE VINSON MATTHEWS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1825 |
| | § | |
| MEGAN J. BRENNAN, Postmaster General, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF PARTIAL FINAL JUDGMENT AND STAY OF REMAINING CLAIMS**

For the reasons explained in the accompanying Memorandum and Opinion, the Postal Service's motion for partial summary judgment, Docket Entry No. 98, is granted as to Janice Vinson Matthews's 2007 retaliation claims and 2012 discrimination and retaliation claims. Under Federal Rule of Civil Procedure 54(b), the court finds and concludes that there is no just cause for delay in entering final judgment in the government's favor. The 2007 retaliation claims and the 2012 discrimination and retaliation claims are dismissed with prejudice. The 2007 discrimination claim is stayed and administratively closed pending resolution of the parallel pending EEOC class action.

SIGNED on May 11, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge