IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANICE VINSON MATTHEWS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1825 |
| | § | |
| PATRICK R. DONAHOE, Postmaster General, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Janice Matthews moved to correct or supplement the civil docket. (Docket Entry No. 121). She asserts that the docket contains two errors: first, that the filed date for Docket Entry Number 1 is incorrectly listed as June 18, 2014 instead of May 12, 2014, the date that it was assigned a case number; and second, that the filed date for the second complaint that Matthews filed against the same defendants is incorrectly listed as the date the case was consolidated, rather than the date she filed the complaint. Matthews is incorrect on both counts: the filed date for Docket Entry Number 1 is correctly listed as the date on which Matthews' *in forma pauperis* application was granted, not the date on which Matthews filed the complaint; and the consolidation date, rather than the filing date, is correct because that is the date that the case came to this court. The motion, (Docket Entry No. 121), is denied.

SIGNED on September 18, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge